**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6751**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARK F. COLEMAN, a/k/a Mark Coleman, a/k/a
Mark V. Johnson, a/k/a Wakim, a/k/a Y-Kim,
a/k/a Mark Coleman,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Solomon Blatt, Jr., Senior District
Judge.  (CR-96-325)

———————

Submitted:  August 15, 2002      Decided:  August 20, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark F. Coleman, Appellant Pro Se.  Mark C. Moore, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Coleman appeals the district court's order disposing of several post-judgment motions. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Coleman</u>, No. CR-96-325 (D.S.C. Apr. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>